ETTA MEYER, Appellant, v. WILLIAM H. MEYER, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April fifteenth and shall be ready for argument at the opening of the May term. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

BROCTON JELLY PRODUCTS Co., INC., Respondent, v. BUFFALO AND ERIE RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April fifteenth and shall be ready for argument at the opening of the May term.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Application of JOSEPH S. KASZUBOWSKI for the Removal from Office of ALEXANDER UTECHT, Police Justice of the Village of Depew, New York.— The issues raised by the petition and answer are referred to Hon. Charles R. Pooley, official referee, to take the proofs thereon and return the same to this court, with his opinion thereon; and petitioner is directed to give an undertaking in the sum of $250 as security for the reasonable expenses of the reference.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Petition of KODAK EMPLOYEES' ASSOCIATION, INC., for the Approval of the Incorporation, Organization and Existence, as Required by Section 280 of the Penal Law.— Application granted, and order entered, approving the incorporation, organization and existence of petitioner, including the corporate power or purpose of giving legal aid and advice to employees of the Eastman Kodak Company or any of its subsidiary companies, but not to furnish counsel to appear in litigated matters.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

VITTORIA CAPELLA, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant.— It appearing that there are not four justices of this court qualified to sit in the determination of this appeal, the same is transferred to the Appellate Division, Third Department, for hearing and determination.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EDITH B. SMILEY, Respondent, v. CARRIE W. METCALFE and Others, as Executors, etc., of EDWIN D. METCALFE, Deceased, Appellants.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FORD MOTOR COMPANY, Respondent, v. C. N. CADY COMPANY, INC., Appellant.— Judgment modified by adding at the end thereof the following: " The foregoing, however, shall not be construed to require the defendant to efface or obliterate markings, including the word ' Ford,' upon parts used by the defendant in the manufacture of its engines and apparatus, which markings, including the word ' Ford ' were upon such parts when acquired by the defendant; and further, the foregoing shall not be construed to restrain or enjoin the defendant from truthfully stating in advertising matter, or otherwise, that particular specified parts used by the defendant in the manufacture of its engines and apparatus are parts manufactured by the plaintiff, and that replacements of such specified parts are kept in stock by dealers in Ford parts."  And as so modified the judgment is affirmed, without costs of this appeal to either party.  All concur.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.